

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2024

No. 04-24-00034-CV

**IN RE** Anthony **MOORE**, Relator

Original Proceeding[1]

### ORDER

On January 17, 2024, relator filed a petition for writ of mandamus that included a request for emergency relief. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, relator's request for emergency relief is **DENIED** and relator's petition for writ of mandamus is **DISMISSED** without prejudice to relator seeking relief by appeal, if necessary, after a divorce decree is finalized. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 7, 2024.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of February, 2024

_____
Tommy Stolhandske, Clerk of Court

---

[1] This proceeding arises out of Cause No. 23-04-0279-CVA, styled *In the Matter of the Marriage of Jo Ann Moore and Anthony Moore*, pending in the County Court at Law, Atascosa County, Texas, the Honorable Bob Brendel Presiding.